FILED
IN OPEN COURT

JAN 18 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:16-CR-298 |
| | ) | 18 U.S.C. § 2252(a)(2) |
| | ) | Receipt of Child Pornography |
| v. | ) | |
| | ) | |
| | ) | |
| ROGER WHEATON WEBB, Jr. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT, between on or about October 31, 2014 and on or about December 18, 2014, within the Eastern District of Virginia, defendant ROGER WHEATON WEBB, Jr., did knowingly receive one or more visual depictions that had been mailed, shipped and transported in interstate and foreign commerce using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)), and such depictions being of such conduct, to wit:

1) October 31, 2014, file name, TARA_CLOWN.mp4.mpg; and

2) December 18, 2014, file name, Tara Brand New.Avi,

(All in violation of Title 18 United States Code Sections 2252(a)(2) & (b) and 2256(1) & (2).)

Dana J. Boente
United States Attorney

By: _____
Whitney Russell
Assistant United States Attorney