# Criminal Case Cover Sheet

**FILED:** REDACTED

## U.S. District Court

**Place of Offense:**

☐ Under Seal

**Judge Assigned:** _LMB_

City: Arlington

Superseding Indictment: 

**Criminal No.** 1:16-CR 298

County: Arlington

Same Defendant: 

New Defendant: 

Magistrate Judge Case No. 

**Arraignment Date:** 

Search Warrant Case No. 

R. 20/R. 40 From: 

## Defendant Information:

**Defendant Name:** Roger Wheaton Webb, Jr.

Alias(es): 

☐ Juvenile  FBI No. 241412HH4

**Address:** 9050 Arlington Blvd., Fairfax VA

**Employment:** 

**Birth Date:** xx/xx/1963  **SSN:** xxx-xx-9025  **Sex:** Male  **Race:**  **Nationality:** 

**Place of Birth:**  Height: 5"8"  Weight: 145  Hair:  Eyes:  Scars/Tattoos: 

☐ Interpreter  **Language/Dialect:**  Auto Description: 

## Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  in: 

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody

☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond 

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  Counsel Conflicts: 

**Address:**  ☐ Retained  

**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Whitney D. Russell  **Phone:** 703-299-3700  Bar No. 

## Complainant Agency - Address & Phone No. or Person & Title:

FBI; 601 Fourth St. NW; Washington DC 20535; Special Agent Edward E. Moschella

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2252(A)(2) | Receipt of child pornography | 1 | felony |
| Set 2: | | | | |
| Date: | | **AUSA Signature:** | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** [_____]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form]    [Reset Form]