* UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 01/18/17  Judge: Brinkema  Reporter: A. Thomson
Time: 10:48am - 11:43am  Interpreter:
Language:
**Probation Email**: x
Jury Email:
Pretrial ofc present

# UNITED STATES OF AMERICA

v.

ROGER WHEATON WEBB, JR.        1:16CR298
Defendant's Name                Case Number


Christie Leary                  Whitney Russell
**Counsel for Defendant:**      **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [X] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing    [ ] Revocation Hearing    [ ] Rule 35          [ ] Appeal (USMC)
[ ] Other

Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel
**Filed in open court:**
[X] Information   [X] Plea Agreement   [X] Statement of Facts   [X] Waiver of Indictment   [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA   [X] FA   [X] PG   [ ] PNG   **Trial by Jury:**  [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[X] Deft entered Plea of Guilty as to Count(s) 1 of the [ ] Indictment -- [X] Criminal Information
[X] Plea accepted, **Guilty Count(s)** 1
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court   [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **04/21/17** at **9:00am** for:
[ ] Jury Trial   [ ] Bench Trial   [X] Sentencing   [ ] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted  [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court:  [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
Parents present
Forfeiture Order filed & entered in open court

**Deft is:** [ ] In Custody  [ ] Summons Issued  [ ] On Bond  [ ] Warrant Issued  [X] 1st appearance

**Bond Set at**: $ _____  [ ] Unsecured  [ ] Surety  [X] Personal Recognizance
[ ] Release Order Entered   [X] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond