# SENTENCING HEARING

Judge Leonie M. Brinkema
Date: 04/21/17
Reporter: A. Thomson
Start: 9:27am   End: 9:42am

# UNITED STATES of AMERICA

CASE NUMBER: 1:16cr298

Vs.

ROGER WHEATON WEBB, JR.

Counsel/Govt.: W.Russell,L.Fisher   Counsel/Deft.: Christie Leary
Court adopts PSI [ ] without exceptions [ ] with the following exceptions:_____

**SENTENCING GUIDELINES:**   Upon Motion of [ ] Deft [ ] Govt
Offense Level: 30              Court depart from G/L pursuant to:
Criminal History: I                     [ ] USSG 5K1.1
Imprisonment Range: 97 to 121 months    [ ] USSG 5C1.2
Supervised Release Range: 5 years to Life   [ ] USSG 5K2.12
Restitution: $_____           [ ] USSG 5H1.4
Fine Range: $15,000.00 to $150,000.00   [ ] _____
Special Assessment: $100.00 per Count

**JUDGMENT of the COURT:**
BOP for 60 months, with credit for time served
Supervised Release for 5 Years
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____ to begin _____ days from imposition of sentence/release
Special Assessment: $100.00 [ ]Satisfied [x] Due immediately
Fine/Costs Waived [x] Interest Waived [ ]

**SPECIAL CONDITIONS:**
 x  defendant shall not purchase, possess or view any sexually explicit material or images using young juvenile models under the age of 18
 x  Deft. to remain alcohol free, In/Out patient treatment as directed.
    x Deft to pay costs as able          x Deft to waive privacy
 x  Deft. to participate in mental health evaluation, medications, treatment & counseling as directed.
    x Deft to pay costs as able          x Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly payments of $_____to begin _____ days from release from custody.
 x  Access to all financial information/records
 x  Sex Offender treatment
 x  No contact with minors unless supervised
 x  defendant shall register with the State Sex Offender Registration Agency
 x  Drug Testing Waived
 x  Other: The defendant shall comply with the requirements of the Computer Monitoring Program as administered by the Probation Office

**RECOMMENDATION TO BOP:**

 x   Deft. to be designated to FCI Petersburg or FCI Butner to have serious mental health issues addressed

___ Residential Drug Abuse Treatment Program (RDAP)

___ Defendant: [x] Remanded [ ] Self Surrender/Bond cont.

Family present, Restitution issue delayed for 90 days